**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

No. 11-MDL-2210-DIMITROULEAS

IN RE: LISTERINE TOTAL CARE MOUTHWASH
MARKETING AND SALES PRACTICES LITIGATION

This Document Relates to: All Actions
_____/

**DECLARATION OF JOSH GHAIM, Ph.D.**

I, Josh Ghaim, Ph.D., under penalty of perjury, declare as follows:

1.      I am Vice President of Oral Healthcare Research & Development for
Johnson & Johnson Consumer & Personal Products Worldwide.  I have held this position for
two years and am responsible for research and development on a number of consumer products
sold by Johnson & Johnson, including the Listerine® brand of oral care products.

2.      I submit this declaration based upon my personal knowledge in support of
Defendants' Motion for Summary Judgment.  While I understand that multiple defendants are
named in the plaintiffs' complaints, I refer to defendants collectively as "McNeil" throughout
this declaration.  McNeil-PPC, Inc. is the Johnson & Johnson subsidiary that develops and
manufactures Listerine products.

**Prior Work and Educational Experience**

3.      I began my career as a research scientist in the field of skin cleansing at
the Colgate Palmolive Company in Piscataway, New Jersey.  I held this position from March
1997 to November 1999.  In that role, I led a product development team in the creation of new

antibacterial products, including the design and implementation of scientific studies needed for advertising claim substantation.

4.      From November 1999 to November 2001, I worked as a Technical Associate in the Global Skin Care division of Colgate, based in Piscataway and in Liege, Belgium.  In that role, I led a product development team in launching several new products, including shower gels, soaps, deodorants, and antiperspirants.  I also worked with raw material suppliers across Europe and the U.S.

5.      From December 2001 to December 2004, I worked as a Manager and Senior Technical Associate in the Global Skin Care division of Colgate.  In that role, I was in charge of 20 senior scientists and managers that worked to develop new skin care products.  I interfaced with marketing, legal, regulatory, manufacturing, and sales groups to ensure that products could successfully come to market.

6.      From January 2004 to March 2005, I was the Manager of Global Oral Care at Colgate, working in Piscataway and at locations in China.  I oversaw the development of new oral care products across the world, including a new anti-cavity toothpaste.  I had direct and indirect supervisory responsibility for staff in Brazil, Mexico, Belgium, China, India, the Philippines, and the United States.  My team developed new products and provided scientific support for advertising claims.

7.      In March 2005, I moved to Pfizer Consumer Healthcare in Morris Plains, New Jersey, where I was appointed Director of Product Development in Pfizer's Over-the-Counter Technology Platform.  I managed a group of 12 scientists and managers who were tasked with developing new "platforms" for delivering therapeutic benefits to customers, such as

new dissolving film strips and better tasting formulations.  Scientists working under my supervision performed the testing needed to evaluate and asses these new platforms.

8.      In December 2006, I joined Johnson & Johnson as part of that company's acquisition of Pfizer.  From December 2006 to September 2008, I worked as Global Director of the Advanced Technologies Group, overseeing global technology development, including the scientific testing needed the evaluate and asses new technologies and new forms of drug delivery.

9.      In October 2008, I was promoted to Senior Director of Global Oral Care Product Development.  In that role, I was responsible for development of all new oral care products, including mouthwashes, toothbrushes, floss products, toothpastes, and other oral care products, including Listerine products.

10.     In August 2009, I assumed my current position as Vice President of Global Oral Care Research & Development.  In this role, I focus on the scientific research that is needed to bring new products to market, and oversee each step of the product development and clinical research process.

11.     I hold a B.S. degree from Indiana University, where I majored in Chemistry and minored in Mathematics, and a Ph.D. in Biochemistry/Molecular Biology from the University of Illinois (Champaign-Urbana), which I was awarded in October 1996.

12.     Over the course of my career, I have acquired substantial knowledge and expertise in the field of oral care.  I am well-versed in the design and methods of clinical research on oral care products, as well as the scientific evidence that supports the efficacy of Listerine mouthwashes.  I also have personal knowledge of the contents and labeling of Listerine Antiseptic and Listerine Total Care Anticavity Mouthwash ("Listerine Total Care").

13.     My responsibilities also require me to review and understand U.S. Food and Drug Administration ("FDA") rules and regulations concerning oral care products, including the Agency's publications and pronouncements regarding the safety and efficacy of antiplaque/antigingivitis mouthwashes.

14.     Attached hereto as Exhibit A is a copy of my curriculum vitae.

## Listerine Total Care Anticavity Mouthwash

15.     Listerine Total Care was introduced in the United States in or about February 2009.

16.     A true and correct copy of the Listerine Total Care formula is attached hereto as Exhibit B.

17.     As the formula shows, Listerine Total Care contains sodium fluoride.

18.     Sodium fluoride is widely known to help fight cavities, and I understand that plaintiffs do not dispute that Listerine Total Care provides an anticavity benefit.

19.     As the formula shows, Listerine Total Care also contains four "essential oils": menthol, eucalyptol, menthyl salicylate and thymol. As explained in detail below, this specific combination of essential oils has been shown to effectively combat plaque and gingivitis.

20.     In fact, the essential oils in Listerine Total Care are the same as those found in Listerine Antiseptic mouthwash. A true and correct copy of the Listerine Antiseptic label showing the concentrations of these ingredients is attached as Exhibit C.

21.     Listerine Antiseptic has been sold in the United States for more than 100 years, and is widely used to help prevent plaque and gingivitis. Indeed, according to a recent article, mouthwashes containing essential oils such as those in Listerine products have been

successfully used by millions of people, particularly in the United States.  *See* Stoeken, J., et al.,

*The Long-Term Effect of a Mouthrinse Containing Essential Oils on Dental Plaque and*

*Gingivitis:  A Systematic Review*, 78 J. Periodontol. 7 (2007), at 1219.  A true and correct copy

of this article is attached hereto as Exhibit I.

**The Listerine Total Care Label**

22.     Though it contains both antiplaque and anticavity ingredients, I understand

that, by virtue of the FDA's detailed regulations, Listerine Total Care is classified as an

anticavity mouthwash, so the label for the product must identify sodium fluoride – the anticavity

agent – as the product's sole active ingredient.  All other ingredients in Listerine Total Care must

be listed as "inactive" ingredients.

23.     On the label for Listerine Total Care, menthol, eucalyptol, methyl

salicylate and thymol are properly referred to collectively as "flavors" among the product's

inactive ingredients.  A true and correct copy of the current U.S. label for Listerine Total Care is

attached hereto as Exhibit D.

24.     Though menthol, eucalyptol, methyl salicylate and thymol are not

identified on the Listerine Total Care label by name, these essential oils are present in Listerine

Total Care at efficacious concentrations.

**FDA's Recognition of the Efficacy of Essential Oils**

25.     Mouthwashes containing eucalytpol, menthol, methyl salicylate and

thymol have been extensively studied, and their benefits in combatting plaque and gingivitis are

well-established.

26.     In 1998, the FDA asked a subcommittee of dental experts to advise the

Agency on which products FDA should recognize as safe and effective for the prevention of

plaque and gingivitis.  The subcommittee is formally named the Dental Plaque Subcommittee of the Nonprescription Drugs Advisory Committee.

27.     The subcommittee undertook a thorough review of the available scientific evidence concerning the antiplaque and antigingivitis benefits of essential oils.  Among other things, the subcommittee reviewed seven placebo-controlled clinical trials that assessed the efficacy of essential oil mouthwashes over six months of use.

28.     FDA published the subcommittee's recommendations in 2003.  The report stated that, "Based on the data submitted, the Subcommittee concludes that the combination of eucalyptol (0.092 percent), menthol (0.042 percent), methyl salicylate (0.060 percent), and thymol (0.064 percent) in a hydroalcoholic vehicle containing 21.6 to 26.9 percent alcohol in a mouthrinse is safe and effective as an [over-the-counter] antigingivitis/antiplaque agent."  FDA Advanced Notice of Proposed Rulemaking, Oral Health Care Drug Products for Over-the-Counter Human Use, 68 Fed. Reg. 32232, 32256 (May 29, 2003) ("Antiplaque Monograph").  A true and correct copy of the Antiplaque Monograph is attached hereto as Exhibit E.

29.     FDA has adhered to the subcommittee's conclusions regarding the efficacy of essential oil containing mouthwashes ever since.

30.     Of note, Listerine Total Care contains eucalyptol, menthol, methyl salicylate and thymol at levels that meet or exceed the levels that the subcommittee considered efficacious for plaque and gingivitis prevention.  Specifically, Listerine Total Care contains eucalyptol (0.0922% weight/volume), menthol (0.0425% weight/volume), methyl salicylate (0.0660% weight/volume) and thymol (0.0639% weight/volume).[1]

---

[1] The concentration of pure menthol shown in the Listerine Total Care formula is 0.0344% weight/volume.  The final menthol concentration in the product, however, is higher due to the addition of Smoothmint flavoring, which contains menthol.  This fact is noted in footnote (2) of the formula. *See* Exhibit B.

## Published Literature Concerning the Efficacy of Essential Oils

31.     The conclusion that eucalyptol, menthol, methyl salicylate and thymol are effective antiplaque and antigingivitis agents is supported by numerous studies and articles that have been published in the scientific literature.  True and correct copies of three recent examples of such articles are attached hereto as Exhibits G, H, and I.

32.     Exhibits G and H appeared in a special issue of the *Journal of Dentistry* that was published in 2010 entitled "The role of daily use of mouthrinses in maintaining oral health."  According to the Introduction to the issue, its purpose was "to review, and provide an update, on current thinking regrading the use of oral mouthrinses, including microbiological and clinical evidence to support their efficacy."  A true and correct copy of the Introduction is attached hereto as Exhibit F.

33.     The first article (Exhibit G), by Daniel H. Fine, Chair of the Department of Oral Biology at the University of Medicine and Dentistry of New Jersey, is entitled "Listerine: past, present and future – a test of thyme."  It provides a summary of the history and clinical evidence behind Listerine mouthwashes.  In pertinent part, the article notes that, "As for [the clinical studies conducted on] Listerine, over 95% of 21 studies of 6 months or greater showed 20% or greater reduction in plaque and gingivitis."  *See* Exhibit G, p. S3.

34.     The second article (Exhibit H), by John C. Gunsolley, Professor at the Department of Periodontics at Virginia Commonwealth University, is entitled "Clinical efficacy of antimicrobial mouthrinses."  According to the article, "The goal of this report is to present the current state of the evidence evaluating the efficacy of anti-plaque, anti-gingivitis mouthrinses."  *See* Exhibit H, p. S7.  Based upon a systematic review of the "large group of studies evaluating

essential oils as an active agent in mouthrinses," the author concluded that there is now "strong

evidence that supports anti-plaque, anti-gingivitis mouthrinses as effective agents." *Id.* at p. S9.

35.     Exhibit I is another recent review article that summarizes the current state

of the evidence concerning essential oil mouthwashes.  This 2007 article, entitled "The Long-

Term Effect of a Mouthrinse Containing Essential Oils on Dental Plaque and Gigivitis:  A

Systematic Review," was published in the *Journal of Periodontology*.  According to its authors,

the "aim of this study was to gather and evaluate, in a systematic manner, available data on the

adjunctive effect" of essential oil mouthwashes "on plaque and parameters of gingival

inflammation in studies of ≥6 months' duration."  Exhibit I, p. 1219.   Based on this systematic

review, the authors concluded that, "When used as an adjunct to unsupervised oral hygiene" such

as brushing and flossing, "the existing evidence supports that [essential oil mouthwash] provides

an additional benefit with regard to plaque and gingivitis reduction compared to a placebo or

control." *Id.*, p. 1227.

**Clinical Studies Involving Listerine Total Care**

36.     In addition to the materials discussed above, McNeil has conducted two

clinical studies that confirm the efficacy of the essential oils in Listerine Total Care.  I personally

oversaw the design and execution of these studies, and I reviewed and maintained their results in

the normal course of business.  True and correct copies of these studies are attached hereto as

Exhibits J and K.  Because these two studies contain confidential and sensitive business

information, I understand that they are being filed under seal.

37.     Exhibit J is the report of a two-week study performed in November 2008.

The study was conducted among 125 adults.  Qualified subjects had their teeth cleaned, and were

then assigned to one of four test regimens:  (1) Group 1 was given Listerine Antiseptic (Cool

Mint) and instructed to rinse with 20 mL for 30 seconds twice daily; (2) Group 2 was given an

essential oil mouthrinse containing sodium fluoride and instructed to rinse with 10 mL for 60 seconds twice daily; (3) Group 3 was given the same essential oil mouthrinse containing sodium fluoride and instructed to rinse with 20 mL for 30 seconds twice daily; and (4) Group 4 was given a control mouthwash, which contained alcohol but no essential oils, and instructed to rinse with 20 mL for 30 seconds twice daily.  The "essential oil mouthrinse containing sodium fluoride" that was used by Groups 2 and 3 is the product now known as Listerine Total Care, and the rest of this description will simply use that name.

38.     Over the next two weeks, subjects adhered to their assigned mouthwash regimen and engaged in no other oral hygiene.  This "no oral hygiene" test protocol is a valid and commonly used method for assessing the efficacy of new mouthwash formulations.  *See* Antiplaque Monograph, pp. 32240-41 (recommending that manufacturers conduct a two-week study of this type to confirm the efficacy of new mouthwash formulations).  It was first developed in 1965 when researchers discovered that subjects who engage in no oral hygiene develop gingivitis in a matter of a few weeks.  *See* Pejmon Amini *et al.*, *Comparative Antiplaque and Antigingivitis Efficacy of Three Antiseptic Mouthrinses:  A Two Week Randomized Clinical Trial*, 3 Brazilian Oral Research 319, 323 (2009).  A true and correct copy of this article discussing the origins of the "no oral hygiene" protocol is attached hereto as Exhibit L.

39.     After two weeks, subjects had their teeth and gums examined and evaluated using standard plaque and gingivitis assessments.

40.     The results of the study showed that, over the two weeks in which subjects engaged in no other oral hygiene, Listerine Total Care was statistically significantly better at reducing plaque and gingivitis than the control mouthrinse.  In addition, Listerine Total Care

reduced plaque and gingivitis comparably to (or, in other words, was "not inferior to") Listerine Antiseptic over that time period.

41.     Exhibit K is the report of a six-month study involving 408 subjects.  The purpose of this study was not only to assess the efficacy of Listerine Total Care when used as an adjunct to normal brushing, but also to compare the efficacy of Listerine Total Care to a competing product.

42.     After baseline plaque and gingivitis measurements were taken, subjects were randomly assigned to one of three treatment groups:  (1) Group 1 was instructed to rinse with Listerine Total Care twice per day; (2) Group 2 was instructed to rinse with the competing mouthwash twice per day, and (3) Group 3 was instructed to rinse with a placebo or control mouthwash twice per day.  The study was conducted under examiner-blind conditions.

43.     Over the next six months, subjects used their assigned mouthwash as an adjunct to normal brushing.  Subjects' teeth were examined, and their plaque and gingivitis levels scored, after  three months and again after six months.

44.     At both the three- and six-month endpoints, subjects who used Listerine Total Care had significantly lower plaque and gingivitis scores than subjects who used a placebo mouthwash.  (Literine Total Care also provided superior plaque and gingivitis benefits when compared to the competing product.)

45.     Of note, Exhibit K has been accepted for publication in a peer-reviewed scientific journal, Quintessence International.

46.     In sum, there is abundant scientific evidence, and widespread consensus in the scientific and regulatory communities, that the combination of essential oils in Listerine Total Care is safe and effective at combatting plaque and gingivitis.

**"Fights Unsightly Plaque Above the Gum Line"**

47.     When Listerine Total Care was first introduced for sale in the United States, the label stated that the product, among other benefits, "fights unsightly plaque above the gum line."  A true and correct copy of the original U.S. label for Listerine Total Care is attached hereto as Exhibit M.

48.     "Fights unsightly plaque above the gum line" referred to the fact that Listerine Total Care provides a cosmetic benefit by helping to prevent the accumulation of visible plaque on teeth.  ("Above the gum line" is a way of referring to the visible portion of a tooth – *i.e.*, the portion not covered by the gum.)

49.     Plaque is a layer of bacteria or "biofilm" that forms on the surface of teeth. If allowed to accumulate, plaque can build up and form visible tartar or "calculus."

50.     The essential oils in Listerine Total Care provide a cosmetic benefit by helping to prevent plaque from building up to the point of becoming visible or unsightly.

51.     On September 27, 2010, McNeil received a letter from the FDA concerning the "fights unsightly plaque above the gum line" statement on the label.  According to the FDA letter, the statement could be viewed as a therapeutic "drug" claim relating to plaque and gingivitis.  A true and correct copy of the September 27 letter from FDA is attached as Exhibit N.

52.     As noted above, Listerine Total Care is classified for regulatory purposes as an anticavity mouthwash.  The only therapeutic claims permitted by FDA for such products relate to the prevention of dental caries.  *See* FDA Final Monograph, Anticaries Drug Products for Over-the-Counter Human Use, 60 Fed. Reg. 52474, 52508-09 (Oct. 6, 1995) (hereinafter the

"Anticavity Monograph"). A true and correct copy of the Anticavity Monograph is attached as Exhibit O.

53.     In response to the FDA's letter McNeil voluntarily modified the Listerine Total Care label. Specifically, McNeil removed the statement "fights unsightly plaque above the gum line" and replaced it with a different cosmetic claim, "cleans the whole mouth." *See* Exhibit E. After the change, the FDA sent McNeil a "close out" letter that concluded the matter. A true and correct copy of this letter is attached as Exhibit P.

54.     In changing the label, McNeil did not acknowledge that there was anything inaccurate on the original Listerine Total Care label. Importantly, FDA never suggested – and McNeil never indicated – that the essential oils in Listerine Total Care lack antiplaque benefits. Both the FDA letter and McNeil's voluntary label revision concerned only the regulatory issue of whether "fights unsightly plaque above the gum line" was a cosmetic claim permitted by applicable FDA regulations, or a therapeutic claim not permitted for an anticavity mouthwash such as Listerine Total Care. Other than the plaintiffs in these consolidated lawsuits, no one to my knowledge has ever questioned the scientific accuracy of that statement.

**Conclusion**

55.     I understand that plaintiffs allege that Listerine Total Care cannot "fight unsightly plaque above the gum line" because its sole active ingredient is sodium fluoride, which fights cavities but not plaque. This is incorrect. In addition to sodium fluoride, Listerine Total Care contains eucalyptol, menthol, methyl salicylate and thymol at concentrations that have been shown to combat plaque and gingivitis. FDA's scientific advisory committee has concluded that these ingredients are safe and effective for the prevention of plaque and gingivitis, and this

-13-

conclusion is supported by substantial evidence published in the scientific literature. McNeil has

confirmed the plaque and gingivitis benefits of Listerine Total Care in both short-term and long-

term clinical studies. Accordingly, the statement that Listerine Total Care "fights unsightly

plaque above the gum line" was (and is) true.


I declare under penalty of perjury that the foregoing is true and correct to the best of my
knowledge, information and belief. Executed on August 2, 2011 in Morris Plains, New Jersey.

Joshua Ghaim, Ph.D.