UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 11-MDL-2210-DIMITROULEAS

IN RE: LISTERINE TOTAL CARE MOUTHWASH
MARKETING AND SALES PRACTICES LITIGATION

This Document Relates to: All Actions
_____/

## DECLARATION OF TRAVIS J. TU, ESQ.

I, Travis J. Tu, Esq., declare as follows:

1. I am an attorney with Patterson Belknap Webb & Tyler LLP which, along with Carlton Fields, P.A., represents Defendants McNeil-PPC, Inc., the Johnson and Johnson Healthcare Products Division of McNeil-PPC, Inc., Johnson & Johnson, and Johnson & Johnson Consumer Companies, Inc. in this action. I have personal knowledge of the facts stated in this declaration and submit this declaration in further support of Defendants' Motion for Summary Judgment.

2. Attached hereto as Exhibit A are true and correct images of the packaging for Aquafresh® Advanced toothpaste, which bears the claim "FIGHTS CAVITIES AND PLAQUE."

3. Attached hereto as Exhibit B are true and correct images of the packaging for Crest® Pro-Health oral rinse, which bears the claim "FIGHTS PLAQUE & GINGIVITIS."

4. Attached hereto as Exhibit C are true and correct images of the packaging for Colgate® Total toothpaste, which bears the claim "FIGHTS TARTAR."

5. Attached hereto as Exhibit D are true and correct images of the packaging for DenTek® floss picks, which bears the claim "FIGHTS TOOTH DECAY."

6. Each of these products was purchased on or about September 27, 2011 at a K-Mart store in New York, New York.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief. Executed on October 25, 2011 in New York, New York.

*[signature]*
Travis J. Tu

# EXHIBIT A









# EXHIBIT B





# EXHIBIT C





# EXHIBIT D

**Fresh Mint**

**90 Count**

**DenTek®**

**Triple Clean**
FLOSS PICKS

**ADVANCED FLUORIDE COATING**

**REMOVES FOOD & PLAQUE FIGHTS TOOTH DECAY**

**Scrubbing Floss**

