UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 11-MDL-2210-DIMITROULEAS

IN RE: LISTERINE TOTAL CARE MOUTHWASH
MARKETING AND SALES PRACTICES LITIGATION

This Document Relates to: All Actions
_____/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

THIS CAUSE is before the Court upon the Stipulations and Notices of Dismissal With Prejudice [DE 111-112] of Plaintiffs Itak Moardi, Kathy Pahigan, and Eric Terrell, filed on November 14, 2011.  The Court has carefully considered the Stipulations, notes the signature of the respective Plaintiffs and Defendants, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulations and Notices of Dismissal With Prejudice [DE 111-112] of Plaintiffs Itak Moradi, Kathy Pahigan, and Eric Terrell are **APPROVED**;

2. Plaintiffs Itak Moradi, Kathy Pahigan, and Eric Terrell and the related actions Case No. 11-cv-60450-WPD (S.D. Fla. transferred on March 9, 2011, from Case No. 3:10-cv-04450 (N.D. Cal. filed on October 1, 2010)), and Case No. 11-cv-60908-WPD (S.D. Fla. transferred on April 27, 2011, from Case No. 11-00307 (N.D. Cal. filed on January 20, 2011)) are **DISMISSED WITH PREJUDICE**, with each party to bear its own fees and costs;

3. Because all plaintiffs have now been dismissed from this action, the Clerk is directed to **CLOSE** the case and **DENY** all pending motions as moot;

4. The Clerk is further directed to notify the Judicial Panel on Multidistrict Litigation that all member cases transferred to this Court have now been dismissed.

**DONE AND ORDERED**, in Chambers at Fort Lauderdale, Broward County, Florida, this 15th day of November, 2011.

                                                                                        WILLIAM P. DIMITROULEAS
                                                                                        United States District Judge

Copies furnished to:
Counsel of Record